In The US District Court,
Western District of Oklahoma

**CIV-12-306-R**

FILED
MAR 21 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____ DEPUTY

John M Davis,
84034-0/2

vs

Oklahoma
Halfway House
(OHH)

Motion For 2241 Habeas Relief.

Now comes John M Davis, in pro se and a layman in the law, to Move This Honorable Court to permit him (Davis) to be heard on this Habeas Motion for relief. Davis has standing to place this motion, since he is confined to OHH and is confined by order of Federal Supervised Release from a federal Conviction in this Court, CR 2006-154M, in 2006.

Davis seeks a Court Order, to wit, ordering OHH to allow Davis to accept "day-labor", and to let Davis use his personal vehicle to deliver pizzas. Davis was released to supervision on or about October, 2010. Davis is confined at OHH only because he cannot find employment and "stable housing". Once Davis has been allowed to make $300, he will rent a room from Oxford House, for $100 a week. Davis will then continue to deliver pizzas to support himself, while also taking whatever day labor is available to him. Davis hopes a day labor job will lead to "steady" employment. Davis asks this Court for all leniency, since Davis is not an attorney. Davis's earlier Motions on this subject were rejected by the Clerk of This Court, (saying that Davis "had no pending case in this Court") Davis has no monies for copies or postage, but other parties were notified on 3-12-12 (by US Mail) of this issue.

Respectfully submitted on 3-19-12.

John M Davis