Magistrate ROBERT BACHARACH

28:2241

# Civ-12-306 R

## DAVIS v. OKLA HALFWAY HOUSE

**This person is a party in 5 cases.**

1. **5:06-cr-00169-M** United States of America v. Davis filed 07/18/06 closed 12/20/06

2. **5:06-cr-00169-M-1** John Melvin Davis filed 07/18/06 closed 12/20/06

3. **5:06-cv-01376-C** Davis v. United States of America et al filed 12/14/06 closed 03/29/07

4. **5:08-cv-01398-M** Davis v. United States of America filed 12/24/08 closed 10/29/09

5. **5:12-cv-00306-R** Davis v. Oklahaoma Halfway House filed 03/21/12

I .F .P.  MOTION  NO  Amount $ 5.00

FILING FEE SUBMITTED   <u>NO</u>