## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOHN M. DAVIS,                          )
                                        )
     Petitioner,                       )
                                        )
v.                                      )          Case No. CIV-12-306-R
                                        )
OKLAHOMA HALFWAY HOUSE,                 )
                                        )
     Respondent.                       )

## ORDER

Petitioner filed this action seeking a writ of habeas corpus to compel modification of the terms of his supervised release. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary review. On March 30, 2012, Judge Bacharach issued a Report and Recommendation wherein he recommended the petition be denied. The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein, nor sought an extension of time in which to respond. Indeed, Petitioner's copy of the Report and Recommendation was returned to the Court because he was no longer living at the Oklahoma Halfway House. Upon further investigation, the Court discovered that Petitioner had been removed from the Oklahoma Halfway House for failure to abide by its rules, and he is now living in the Carver Center, although he failed to provide the Court with the necessary change of address as obligated to do by the Court's rules. *See* Request for Modifying the Conditions or Term of Supervision with Consent of the Offender and Order as to John Melvin Davis, Case No. CR-06-169-M, Doc. No. 85 (March 29, 2012). As a result, Petitioner's request and the petition have been rendered MOOT and the petition is therefore DENIED.

IT IS SO ORDERED this 17th day of April, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE