# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN M. DAVIS, ) | |
| ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-12-306-R |
| ) | |
| OKLAHOMA HALFWAY HOUSE, ) | |
| ) | |
|     Respondent. ) | |

## JUDGMENT

The petition is hereby DISMISSED AS MOOT.

ENTERED this 17th day of April, 2012.

*/s/ David L. Russell*
_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE